UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :   19cv7077(DLC)
MARCO LAUREANO,                       :
                        Plaintiff,    :   ORDER
          -v-                         :
                                      :
THE CITY OF NEW YORK, POLICE OFFICER  :
JONATHAN PEREZ and POLICE OFFICER     :
NICHOLAS HENRY,                       :
                        Defendants.   :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

The complaint in the above-captioned case was filed on July 29, 2019. Under Rule 4(m), Fed. R. Civ. P., a plaintiff has 90 days to serve the complaint, or the action must be dismissed. On October 9, the plaintiff requested summonses for two of the three defendants in this action. It has not obtained a summons for the third. As of the date of this Order, no affidavit of service has been filed. Accordingly, it is hereby

ORDERED that the initial pretrial conference is adjourned sine die.

IT IS FURTHER ORDERED that, by **December 18, 2019,** the plaintiff shall file a letter to show cause why this case should not be dismissed for failure to prosecute.

SO ORDERED:

Dated:   New York, New York
         December 12, 2019

                              _____
                                      DENISE COTE
                              United States District Judge