UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :   19cv7077(DLC)
MARCO LAUREANO,                       :
                    Plaintiff,        :   ORDER
         -v-                          :
                                      :
THE CITY OF NEW YORK, POLICE OFFICER  :
JONATHAN PEREZ and POLICE OFFICER     :
NICHOLAS HENRY,                       :
                    Defendants.       :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

An Order of December 12, 2019 gave the plaintiff until December 18 to show cause why this case should not be dismissed for failure to serve the summons and complaint within 90 days, as required by Rule 4(m), Fed. R. Civ. P. The plaintiff having failed to comply with the December 12 Order and having failed to take any action in this case to suggest he maintains an interest in prosecuting it, it is hereby

ORDERED that the above-captioned case is dismissed.

Dated:    New York, New York
          December 19, 2019

                              _____
                                     DENISE COTE
                              United States District Judge